UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MARK NELSON,

                      Plaintiff,

– v –

FRESH DIRECT, LLC,
MELANIE KIRK, individually,
DANIEL LUGO, individually,
EUGENE WASHINGTON, individually,
VICENTE MALAVE, individually,
HARRISON CRAWFORD, individually,
ATIF NADEEM, individually,

                      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Case No. 17-cv-5945 (MKB)(PK)

**STIPULATION OF DISMISSAL
<u>WITH PREJUDICE</u>**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, that the above entitled action be dismissed in its entirety, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), with prejudice and without costs and fees to any party.

Dated: New York, New York
       November 22, 2019

DEREK SMITH LAW GROUP, PLLC

By: *Daniel Altaras*
Daniel Altaras
One Penn Plaza, Suite 4905
New York, New York 10119
(212) 587-0760
*Attorneys for Plaintiff*

**SO ORDERED:**
s/ MKB 12/2/2019

_____
MARGO K. BRODIE
United States District Judge

EPSTEIN BECKER & GREEN, P.C.

By: *Carrie E Anderer*
Steven M. Swirsky
Carrie E. Anderer
250 Park Avenue
New York, New York 10177-0077
(212) 351-3720
*Attorneys for Defendants*

9